# Court of Appeals
# of the State of Georgia

ATLANTA,  December 23, 2015

*The Court of Appeals hereby passes the following order:*

**A16D0159.  ALBERT GRAVITT v. MASTEC NORTH AMERICA INC.**

Albert Gravitt seeks discretionary review of the superior court's order remanding his case to the State Board of Workers' Compensation, which previously denied his request for workers' compensation benefits.  Based on our review of the record and the procedural posture of this case, we conclude that Gravitt's request for appellate review is premature.  Consequently, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  12/23/2015
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*